PHILIP TILLINGHAST, Appellant, *v.* FRANCIS T. WALTON, Respondent, et al., Appellants.

(Argued March 10, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 15, 1886, which affirmed a judgment in favor of the defendant Walton entered upon the report of a referee.

*Norman T. M. Melliss* for appellants.

*Joseph A. Shoudy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.